USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON RODRIGUEZ,

                Petitioner,

-against-

MICHAEL CAPRA, Superintendent,
Sing Sing Correctional Facility,

                Respondent.

19-CV-4171 (VSB) (SN)

ORDER FOR SUBSTITUTION
OF ATTORNEY

SARAH NETBURN, United States Magistrate Judge:

It is hereby ORDERED that Assistant District Attorney Diana Wang be susbtituted as counsel for respondent. The Clerk is directed to terminate Assistant District Attorney Elizabeth N. Krasnow as counsel for respondent.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: July 26, 2021
       New York, New York