```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :    19cv4171 (DLC)
NELSON RODRIGUEZ,                :
                                 :
                    Petitioner,  :    ORDER
               -v-               :
                                 :
MICHAEL CAPRA,                   :
                                 :
                    Respondent.  :
                                 :
-------------------------------- X
```

On January 30, 2023, the parties were ordered to show cause why certain documents should not be made public on ECF. On February 6, the respondent filed a letter consenting to certain documents being made public on ECF and requesting that other documents be redacted. The petitioner filed a letter taking no position on the matter. It is hereby

ORDERED that by **February 13, 2023**, the petitioner shall refile the following documents with the name of the child victim in the underlying sex offense redacted:

- First Memorandum of Law in Support of Petition for Writ of Habeas Corpus
- Petitioner's Objection to the Report and Recommendation

IT IS FURTHER ORDERED that by **February 13, 2023**, the respondent shall file a declaration with the following documents attached as exhibits and with the name of the child victim in the underlying sex offense redacted, if necessary:

- The New York State Supreme Court Decision and Order on the defendant's C.P.L. § 440.10 Motion dated December 1, 2016

- The Appellate Division's Opinion dated March 29, 2018

- The defendant's C.P.L. § 440.10 Motion dated June 10, 2013

- The respondent's Memorandum of Law in Opposition to Petition for a Writ of Habeas Corpus

Dated:   New York, New York
         February 7, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge