```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :   19cv4171 (DLC)
NELSON RODRIGUEZ,                  :
                                   :
                      Petitioner,  :   ORDER
          -v-                      :
                                   :
MICHAEL CAPRA,                     :
                      Respondent.  :
                                   :
---------------------------------- X
```

On September 20, 2019, the Magistrate Judge entered an Order that limited this case to party access only. It is hereby

ORDERED that the September 20, 2019 Order limiting this case to party access only is vacated. Beginning on January 30, 2023, this Court has entered orders addressed to public access to this docket.

IT IS FURTHER ORDERED that the Clerk of Court shall place all filings on the public record except for those otherwise designated herein.

IT IS FURTHER ORDERED that docket entry #1 shall be treated as follows. The petition shall be filed publicly; its appendices shall be filed under seal. By **February 21, 2023**, the petitioner shall file each document in the appendix in unredacted or redacted form as necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall file under seal the documents associated with the following docket entries: docket entries #2 and #30.

IT IS FURTHER ORDERED that as pertains to docket entry #14, the Clerk of Court shall keep custody of the CD-rom filed under seal by the respondent. By **February 21, 2023,** the respondent shall file the documents contained in the CD-rom on the docket, where necessary, in redacted form.

Dated:   New York, New York
         February 14, 2023

                                          _____
                                             DENISE COTE
                                          United States District Judge