```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :    19cv4171 (DLC)
NELSON RODRIGUEZ,                :
                                 :
                    Petitioner,  :    ORDER
         -v-                     :
                                 :
MICHAEL CAPRA,                   :
                                 :
                    Respondent.  :
                                 :
-------------------------------- X
```

Having received on February 27, 2023 the petitioner's motion for reconsideration, it is hereby

ORDERED that the respondent need not respond to the motion for reconsideration unless ordered by the Court to do so.

Dated:   New York, New York
         February 28, 2023

_____
DENISE COTE
United States District Judge